DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CORY BARRANT SIVIK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1797

[November 30, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 502015CF000255A.

Cory Barrant Sivik, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN AND KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***